NEWTON A. K. BUGBEE, COMPTROLLER OF THE TREAS-
URY OF THE STATE OF NEW JERSEY, PROSECUTOR,
v. FREDERICK C. TATUM, INDIVIDUALLY AND AS EX-
ECUTOR OF THE LAST WILL AND TESTAMENT OF
CHARLES A. TATUM, DECEASED, RESPONDENTS.

Decided October 21, 1926.

Taxes and Assessments—Inheritance Tax—Error in Calculating
Amount Estate Upon Which Tax Must be Paid—Error Cor-
rected and Additional Tax Assessed—Comptroller Claims
Interest on Additional Amount Assessed From the Expiration
of Statutory Period—Chancellor's Finding That Such Inter-
est was Not Recoverable, Sustained.

On *certiorari.*

Before Justices PARKER, BLACK and CAMPBELL.

For the prosecutor, *Edward L. Katzenbach,* attorney-gen-
eral.

For the respondents, *William E. Foster.*

PER CURIAM.

This writ brings before us for review a decree of the Pre-
rogative Court, requiring the payment by respondents into
the treasury of the State of New Jersey, $1,865.62, being
the principal amount of an additional assessment for transfer
inheritance taxes, without interest, penalty or costs.

Charles A. Tatum died November 13th, 1920. His will
was probated November 24th, 1920. On September 15th,
1921, the comptroller fixed the amount of the transfer in-
heritance tax at $36,833.59, and this was paid October 4th,
1921. Thereafter, an additional return was made, and on
October 21st, 1921, an additional sum of $1,030.09 was paid.
On August 13th, 1924, the comptroller discovered that an
error had been made by someone in his office, the correction

of which resulted in a net increase of the personal estate to the extent of $54,408, and on that date made an additional assessment for $1,865.62 and also a compromise tax of $296.28.

On the $1,865.62 the comptroller claims interest from November 13th, 1921, being one year after testator's death.

The Vice Ordinary held that such interest was not recoverable under *Re Vail*, 93 *N. J. Eq.* 401, and we concur in such view.

The writ of *certiorari* is therefore dismissed, and the decree of the Prerogative Court is affirmed.